# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RASHEEN DELONEY,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 2:14-cv-00510-JCM-NJK

**ORDER**

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Respondents seek an extension of time, up to and including October 9, 2015, to file an answer to the petition. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer to the petition (ECF No. 14) is **GRANTED.** The answer shall be filed on or before **October 9, 2015.**

Dated August 28, 2015.

                                                     */s/ James C. Mahan*
                                         UNITED STATES DISTRICT JUDGE