UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RASHEEN DELONEY,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 2:14-cv-00510-JCM-NJK

**ORDER**

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Respondents seek a third extension of time, up to and including October 30, 2015, to file an answer to the petition. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file an answer to the petition (ECF No. 19) is **GRANTED.** The answer shall be filed on or before **October 30, 2015.**

Dated this __28th__ day of October, 2015.

                                                UNITED STATES DISTRICT JUDGE