# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RASHEEN DELONEY,

    *Petitioner*,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    *Respondents.*

2:14-cv-00510-JCM-NJK

ORDER

    In this habeas matter under 28 U.S.C. § 2254, the inmate locator on the state corrections department website reflects that petitioner no longer is at Southern Desert Correctional Center and that he instead has been released from custody. Petitioner has not filed an updated address. Under LR IA 3-1 of the local rules, a petitioner must immediately file written notification of any change of address.

    IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall file an updated notice of his current address. This action will be dismissed without further prior order of the court if petitioner fails to do so.

DATED: November 28, 2017.

_____
JAMES C. MAHAN
United States District Judge