# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RASHEEN DELONEY,

    *Petitioner*,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    *Respondents.*

2:14-cv-00510-JCM-NJK

ORDER

Court mail has been returned from the last institutional address given by petitioner in September 2015 with a notation indicating that he no longer is at the institution. (See ECF Nos. 16 & 24.) The inmate locator on the state corrections department's website also reflects that petitioner has been released. Petitioner has not filed an updated notice of change of address. As petitioner has failed to comply with Local Rule LR IA 3-1, which requires that he immediately file written notification of any change of address,

IT THEREFORE IS ORDERED that this action shall be dismissed without prejudice.

The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: December 18, 2017.

_____
JAMES C. MAHAN
United States District Judge